**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

AMANDA STRATTON, individually, and on behalf of all others similarly situated,

    Plaintiff,

    v.

ALASKA AIR GROUP CREDIT UNION,

    Defendant.

**Civil Action No. 2:26-cv-01497 JNW**

**ORDER TO GRANT JOINT STIPULATION FOR AN EXTENSION FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FORTY-FIVE (45) DAYS FROM MAY 6, 2026 TO JUNE 20, 2026, OR A DAY THAT PLEASES THE COURT**

**(Clerk's Action Required)**

This Joint Stipulation is agreed upon by and between Defendant ALASKA AIR GROUP CREDIT UNION ("Defendant"), and Plaintiff AMANDA STRATTON, ("Plaintiff") (all together, the "Parties"), by and through their respective counsel of record. The Parties hereby stipulate and agree as follows:

## I.  RECITALS

1.  WHEREAS, on May 1, 2026, Plaintiff filed this civil case.

2.  WHEREAS, on May 12, 2026, Wood, Smith, Henning & Berman, LLP filed their notice of first appearance as they were newly appointed as Defendant's counsel of record. Parties

JOINT STIPULATION- 1

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

agreed upon a forty-five (45) day extension of Defendant's deadline to respond to Plaintiff's Complaint.

3.       WHEREAS, on <u>May 12, 2026,</u> Plaintiff and Defendant <u>met and conferred</u> and mutually agreed *via* email to said forty-five (45) day extension for Defendant to respond to Plaintiff's complaint up through June 20, 2026, in order for counsel to review the facts of this matter and to engagement in settlement discussions.

4.       WHEREAS Defendant requests this forty-five (45) day extension to respond to Plaintiff's Complaint, in order to continue to gather facts, and consider whether moving forward with the litigation process is in the interest of both Parties. No prejudice will result to either party in granting the extension request.

## II.  ORDER

Based on the foregoing recitals, which are incorporated herein by reference,  and for good cause showing, the Court GRANTS Defendant's Response to Plaintiff's Complaint due forty-five (45) days from May 6, 2026 to <u>June 20, 2026</u>.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**DATED:** 18th day of May, 2026.

_____
Honorable Jamal N. Whitehead
**UNITED STATES DISTRICT JUDGE**

JOINT STIPULATION- 2

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed **[PROPOSED] ORDER TO GRANT JOINT STIPULATION FOR AN EXTENSION FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FORTY-FIVE (45) DAYS FROM MAY 6, 2026 TO JUNE 20, 2026, OR A DAY THAT PLEASES THE COURT** the Clerk of the Court using the CM/EDF.

I hereby certify that the following have been served via CM/EDF electronic service:

Mark J. Hilliard, Esq.
**THE LAW OFFICES OF MARK J. HILLIARD**
1233 Alpine Road
Walnut Creek, California 94596
Telephone: (310) 709-9749
mark.hilliard.esq@gmail.com

Jason S. Rathod, Esq.
Nicholas Migliaccio, Esq.
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE
Washington, DC 20002
jrathod@classlawdc.com
mmigliaccio@classlawdc.com
*Attorneys for Plaintiff Amanda Stratton*

DATED this 15th day of May, 2026

Timothy D. Shea
tshea@wshblaw.com

JOINT STIPULATION- 3

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800