**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AMANDA STRATTON, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

ALASKA AIR GROUP CREDIT UNION,

Defendant.

**Civil Action No. 2:26-CV-01497-JNW**

**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINES**

WHEREAS Plaintiff AMANDA STRATTON and Defendant ALASKA AIR GROUP CREDIT UNION have submitted a Stipulation to Continue the Initial Disclosure deadline on August 10, 2026, until multiple pre-discovery matters are pending before this Court, including but not limited to, Defendant ALASKA AIR GROUP CREDIT UNION Motion to Stay Civil Action Pending Consolidation of Multiple Class Action Complaints, Plaintiff AMANDA STRATTON'S matter potentially being consolidated into Plaintiff JUAN GARCIA'S matter through Plaintiff JUAN GARCIA'S Motion to Consolidate, and Plaintiff FRANKLYN JOHNSON's Motion to Remand.

/

/

/

/

/

After review of the Stipulation and showing of good cause, **IT IS HEREBY ORDERED** that:

The deadline for Initial Disclosures for both parties are continued.

Done this 12th day of August, 2026.

Jamal N. Whitehead
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically filed **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINES** with the Clerk of the Court using the CM/EDF.

I hereby certify that the following have been served via CM/EDF electronic service:

Mark J. Hilliard, Esq.
**THE LAW OFFICES OF MARK J. HILLIARD**
1233 Alpine Road
Walnut Creek, California 94596
Telephone: (310) 709-9749
mark.hilliard.esq@gmail.com

Jason S. Rathod, Esq.
Nicholas Migliaccio, Esq.
**MIGLIACCIO & RATHOD, LLP**
412 H Street NE
Washington, DC 20002
jrathod@classlawdc.com
mmigliaccio@classlawdc.com
***Attorneys for Plaintiff Amanda Stratton***

DATED this 10th day of August, 2026

Timothy D. Shea
tshea@wshblaw.com