**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AMANDA STRATTON, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

ALASKA AIR GROUP CREDIT UNION,

Defendant.

**Civil Action No. 2:26-CV-01497-JNW**

**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINES TO DECEMBER 15, 2026**

WHEREAS Plaintiff AMANDA STRATTON and Defendant ALASKA AIR GROUP CREDIT UNION have submitted a Stipulation to Continue the Initial Disclosure deadline on August 13, 2026, until multiple pre-discovery matters are pending before this Court, including but not limited to, Defendant ALASKA AIR GROUP CREDIT UNION's Motion to Stay, Plaintiff JUAN GARCIA's Motion to Consolidate, and Plaintiff FRANKLYN JOHNSON's Motion to Remand.

After review of the Stipulation and showing of good cause, **IT IS HEREBY ORDERED** that:

The deadline for Initial Disclosures for both parties are continued to **December 15, 2026.**

**DATED:**

**JAMAL N. WHITEHEAD**
**JUDGE OF THE DISTRICT COURT**



Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800